STATE OF CONNECTICUT      :     **ss: CITY OF HARTFORD**

                                    :

**COUNTY OF HARTFORD**      :

                                                            3:23mj864 RAR

## MASTER AFFIDAVIT

I, Ryan Boyle, being duly sworn, depose and state the following:

## INTRODUCTION

1.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516, offenses set forth in Title 21, United States Code and other federal felony offenses. I have been employed as a Special Agent of the Drug Enforcement Administration (DEA) since approximately May 2021. I am currently assigned to the DEA's Hartford Resident Office ("HRO"). As a DEA Special Agent, I have participated in numerous investigations concerning violations of federal narcotics and firearm laws. I have coordinated controlled purchases of illegal drugs using confidential sources and cooperating witnesses. I have conducted the controlled purchases of illegal drugs in an undercover capacity (UC). I have obtained/participated in the execution of search and arrest warrants pertaining to individuals involved in the distribution of controlled substances, conducted electronic surveillance and physical surveillance of individuals involved in the distribution of controlled substances, analyzed records documenting the purchase and sale of illegal drugs, spoken with informants and subjects, as well as other local, state and Federal law enforcement officers, regarding the manner in which narcotics traffickers obtain, finance, store manufacture, transport and distribute illegal drugs. I have received instruction relative to conducting drug investigations and surveillance

1

while attending the DEA Academy in Quantico, Virginia. I was previously employed as an

Operational Support Technician with the Federal Bureau of Investigation (FBI) in New Haven.

2.      I am currently assigned to the DEA Hartford Resident Office (HRO) and have

been participating in an investigation into the activities of a drug trafficking organization (DTO)

involved in narcotics trafficking and money laundering within the State of Connecticut and other

areas of the country. I am participating in this investigation in conjunction with other agents,

detectives and officers from the DEA Hartford Resident Office (HRO) as well at the ATF

Hartford Office and Vermont State Police. I have participated in this investigation and, as a

result of this participation, as well as information provided to me by other law enforcement

officers, I am thoroughly familiar with the information contained herein

3.      Based on the above training and experience, I am well-versed regarding the

means and methods used by persons involved in the use, possession, transportation, distribution

and sale of controlled substances, the motivation of such persons involved in these crimes, and

the methods utilized to facilitate narcotics distribution.

## REQUESTED SEARCH WARRANTS

4.      This affidavit is submitted in support of applications for the issuance of search

and seizure warrants for the following locations:

a)      **125 Barker Street, Apartment 2, Hartford, CT** (**Target Premises #1**) is

the residence of Gina COLON. 125 Barker Street is a duplex home, that is blue in color, located

on the south side of Barker Street in Hartford, CT. 125 Barker Street is a duplex with

"Apartment 1" being the first-floor unit and "Apartment 2" being the second-floor unit. A

photograph of the rear of 125 Barker Street, Hartford, CT is set forth in Attachment A to the

search warrant. The target residence is labeled with the numerals "125" which are affixed next to

2

the door on the front porch.  Public information revealed there to be two units at 125 Barker Street, with them being separated by the first and second floor.  Paid law enforcement databases, also provide 125 Barker Street, Apartment 1, Hartford, CT (i.e. **Target Premises #1)** as a listed address for Gina Colon. However, on October 5, 2023, Gina Colon was located on the second floor of 125 Barker Street and acknowledged that she resides in the second floor apartment. **Target Premises #1** is believed to be a narcotics stash location used by Colon and other members of her DTO.

5.      I am one of the case agents who directed this investigation. As a case agent, I am intimately familiar with the facts and circumstances of this investigation. I was personally involved in the investigative activities undertaken during this investigation. The facts set forth herein are based on, *inter alia*, my personal knowledge and participation in this investigation, information provided to me and other investigators by three sources of information, information that I obtained from public records, law enforcement databases and other reliable sources, information provided to me by other law enforcement officers, and other information which I have reviewed and determined to be accurate and reliable. Because this affidavit is submitted for a limited purpose, I have not included each and every fact I know about this investigation. I have set forth only those facts necessary to establish probable cause for the requested search warrants.

## PROBABLE CAUSE

### Summary of the Investigation

6.      In the fall of 2022, the ATF Hartford Field Office assisted the Hartford, CT Police Department in an investigation of several armed robberies that had occurred in the Benton and Webster Street area of Hartford, CT. During the course of the investigation, investigators developed suspects who were determined to be associate with an organization that refers to

themselves as "GMS" or "Get Money Steppas" (hereinafter GMS). It was also determined that the firearms that had been utilized in these robberies may have been purchased in Vermont and provided to a woman known as "Lily", aka Linoshka Barbosa, a known associate of GMS. It was further determined that Barbosa is the head of a drug trafficking organization (DTO) distributing narcotics throughout Brattleboro, VT.

7.      In December of 2022, investigators spoke to ATF Confidential Informant 31625 (hereinafter CI 31625) who was familiar with "Lilly," a.k.a. Linoshka Barbosa and her associates. The CI relayed that they were aware that Barbosa had been operating in Brattleboro for about two years, but the CI had only known Barbosa for about four months. The CI stated further that Barbosa and her associates were distributing narcotics, such as fentanyl, cocaine and crack cocaine, from residences on Elliot Street and Oak Street in Brattleboro, VT. The CI stated that Barbosa utilized approximately five (5) people to distribute narcotics for her.  The CI further explained that there was an individual named "Michael," who was also from Connecticut, and he would bring the drugs to Vermont from Connecticut when the group need to "re-up," or obtain more drugs. The CI was provided with a photograph of Michael Deming, who they identified as the individual they knew as "Michael."  The CI stated that Deming drove a black sedan with a Connecticut license plate.  The CI stated that on several occasions they had seen Deming arrive in Vermont and provide narcotics for BARBOSA.

**Information Regarding Jason Keyes**

8.      In April of 2023, a Source of Information (SOI-1) met with members of DEA HRO. SOI-1 provided information that Jason Keyes was traveling from the Hartford, CT area to Vermont to participate in the sale of narcotics. According to SOI-1, Keyes was traveling to a residence located on Barker Street in Hartford, CT, in order to acquire narcotics to bring to

4

Vermont for distribution. SOI-1 later confirmed that the residence was **Target Premises #1**.
SOI-1 also stated that Keyes would utilize different vehicles which were being stored at **Target Premises #1**, in order to transport narcotics from Connecticut to Vermont. SOI-1 provided Keyes's telephone number as 860-609-0537. On April 11, 2023, T-Mobile responded to a DEA Administrative Subpoena for 860-609-0537 used by Keyes. A telephone toll analysis showed that from January 8, 2023 through April 3, 2023, Keyes's telephone was in contact with Gina Colon's telephone number approximately 1,091 times.

### Deming GPS Tracking Warrant

9.      On March 21, 2023, the Honorable Thomas O. Farrish, U.S. Magistrate Judge in the District of Connecticut, issued warrants authorizing the use of a GPS device on Deming's vehicle, as well as the real-time capture of E911 (GPS tracking), cell tower and telephone toll for Deming's phone. The warrant for the E911 tracking of Deming's phone was renewed by the Honorable Robert A. Richardson on April 24, 2023 and the tracker warrant from Deming's vehicle was renewed by the Honorable Thomas O. Farrish on May 18, 2023.

10.     Throughout the months of March, April, May and June of 2023, investigators conducted a review of the data obtained through the tracking of Deming's phone and vehicle, as well as physical surveillance. Based on the review, investigators determined that Deming exhibited a pattern of travel where, approximately two to three times a week, Deming would travel to the south end of Hartford, CT, most frequently to the area of **Target Premises #1**, and then drive directly to Brattleboro, VT. Upon arrival in Vermont, his most frequent destination was 33 Oak Street, where he would stay for several minutes before immediately traveling back to Hartford, CT. On each of these occasions, Deming would be in communication with Gina Colon, Linoshka Barbosa and/or Angel Cruz. Investigators identified Cruz as being Barbosa's

5

boyfriend, as well as a narcotics distributor in Brattleboro, VT. Investigators have previously

identified Colon as a large-scale narcotics distributor in the Hartford, CT area and is also Cruz's

mother. Based on Deming's pattern of communications and travel, investigators believed **Target**

**Premises #1** to be a residence associated with Colon and a probable stash location where

narcotics are being stored.

### Review of Remote Surveillance Camera at Target Premises #1

11.     In April of 2023, the ATF Hartford Field Office installed a covert video

surveillance camera to observe the activities in the area of **Target Premises #1.**

12.     On April 26, 2023, at approximately 12:25 PM, Deming's vehicle was observed

pulling up across from **Target Premises #1**, where it remained parked for several minutes.

Investigators then observed a silver Infiniti pull down the driveway between 123 and 125 Barker

Street, followed by Deming. Several minutes later Deming's vehicle pulled out of the driveway

followed by the Infiniti. Both vehicles then exited the area. Deming's vehicle immediately

traveled to Brattleboro, VT where it arrived at 33 Oak Street at approximately 2:35 PM.

Investigators with the Vermont State Police observed Deming pull into the parking lot at 33 Oak

Street and remain in the vehicle, while a male and female exited the residence. The male and

female removed something from Deming's trunk and then re-entered the residence. Deming then

left the area.

13.     Investigators received toll records from T-Mobile for 860-328-2816 (**Target**

**Telephone 1)**, utilized by Colon, for this time period. The toll records indicated that **Target**

**Telephone 1** received multiple telephone calls on this same day from 860-655-3328, which is

utilized by Deming.  At approximately 9:31 a.m. and 9:32 a.m., **Target Telephone 1** received

incoming phone calls from the Deming phone. At approximately 9:49 a.m., the **Target**

6

**Telephone 1** had an outgoing text message to the Deming phone, followed by an incoming phone call at 10:01 a.m.  At approximately 11:04 a.m. and 11:22 a.m., the **Target Telephone 1** received two incoming phone calls from the Deming phone.  All of these communications took place prior to Deming being observed on the pole camera arriving to **Target Premises #1**.  At approximately 4:27 p.m., 4:38 p.m. and 4:43 p.m., **Target Telephone 1** received incoming phone calls from the Deming phone.  These three calls were made after Deming was observed on physical surveillance arriving to Brattleboro, VT and was observed having an object removed from the trunk of his vehicle.  Based on my training and experience, I believe that Colon was utilizing the **Target Telephone 1** to arrange for Deming to pick up narcotics from the **Target Premises #1** and transport said narcotics up to Vermont, and then Deming called the **Target Telephone 1** to confirm that he had made the delivery.

14.     On that same day, investigators observed two other interactions at **Target Premises #1** that were similar to Deming's.  In one instance, approximately one hour after Deming left the area, a white sedan pulled up across from **Target Premises #1**.  A gold Cadillac then pulled down the driveway. A short time later, the Cadillac backed up the driveway and a Hispanic female with red hair exited the front passenger seat, walked across the street to the white sedan and got into the front passenger seat for a short time. She then exited the white sedan and it left the area.

15.     On that same date, at approximately 2:54 p.m., investigators observed a gray sedan pull up across from **Target Premises #1**. Several minutes later a silver Acura pulled down the driveway and the sedan followed it and stopped. A male then walked up the driveway and got in the front passenger seat of the silver sedan. Several moments later the male exited the front passenger seat and the sedan left the area. The silver Acura then pulled out of the driveway and

left the area. Based on the observations at **Target Premises #1,** it appears that it is a location where drug transactions are taking place.

## Prior Authorizations of Target Telephone 1

16.     On May 15, 2023, the Honorable Thomas O. Farrish, U.S. Magistrate Judge, issued a warrant authorizing investigators to receive E-911 precision location data for a period of 30 days, for **Target Telephone 1**, which was utilized by Gina Colon, as well as pen register data for the **Target Telephone 1** for 60 days.  Investigators monitored the E-911 precision location data and pen register data throughout the duration of the orders.  Toll records and subscribe information indicate that the **Target Telephone 1** is still active as of September 29, 2023.  Your affiant believes that the **Target Telephone 1** is still being utilized by Gina Colon and that Colon is utilizing the **Target Telephone 1** to discuss and arrange narcotics trafficking activities.

17.     Throughout the months of May and June of 2023, investigators monitored the data obtained from Colon (i.e. from **Target Telephone 1**) and conducted physical surveillance of Colon.  Based on the review of the data and physical surveillance, investigators determined that Colon exhibited a pattern of travel where she would spend long periods of time in the vicinity of the **Target Premises #1** indicating that Colon is living at the residence. Based on physical surveillance and the E-911 precision location data, showing Colon in the vicinity of the **Target Premises #1**, investigators conducted queries on paid law enforcement databases regarding Colon and observed the following information. According to the databases, Colon has been associated with **Target Premises #1** starting in April of 2023 and still is as of September of 2023.  Investigators sent Eversource an administrative subpoena regarding the utilities at **Target Premises #1.** Eversource stated that the utilities belonged to "AREA SEVEN XI L.L.C.", with two phone numbers: 860-803-4763 and 860-462-9589.  "AREA SEVEN XI L.L.C." has two

separate Eversource bills; one for the first floor and one for the second floor.  Investigators

reviewed the toll records for **Target Telephone 1**, which indicated that it was in contact with

860-803-4763 approximately 133 times between January 23, 2023 and August 18, 2023.  Based

on my training and experience, I know that it is common for landlords to include the cost of

utilities, such as electric, in the cost of rent. Landlords and their renters (i.e. "AREA SEVEN XI

L.L.C." and Colon) would be in regular communications each month to arrange for rent payment

and anything else that needs to be fixed at the **Target Premises #1.**

### Motor Vehicle Stop of SOI-2 after SOI-2
### Received Crack Cocaine from Colon on June 12, 2023

18.     On June 12, 2023, at approximately 7:33 p.m., investigators received information

from a court authorized GPS device on SOI-2's vehicle that the vehicle had left their residence

and was traveling to the south end of Hartford, CT.  Investigators monitored SOI-2's travel

activity, as well as that of Gina Colon through the use of E-911 precision location data on

Colon's phone. Investigators observed Colon's location to be at the **Target Premises #1.**

Investigators determined that they were both traveling to and/or near locations that they were

known to previously meet up for narcotics transactions, such as the **Target Premises #1**. This

activity continued until approximately 8:43 p.m., at which time SOI-2 parked at Phillips 66 gas

station, located at 131 Brainard Road, Hartford, CT.  Colon's E-911 precision location data

showed Colon briefly leave the **Target Premises #1** and traveling to the vicinity of Brainard

Road, before returning back to the **Target Premises #1**.  SOI-2's vehicle stayed in that location

until approximately 9:00 p.m., at which time it began traveling north on Interstate 91.

Investigators continued to monitor SOI-2's travel through the use of the GPS tracking device on

his vehicle and contacted Vermont State Police to assist with a motor vehicle stop of SOI-2.

19.     On that same date, at approximately 10:30 p.m., Troopers with the Vermont State Police observed SOI-2's vehicle traveling north on Interstate 91 in the area of Guilford, VT.  A Vermont State Trooper, operating a marked Vermont State Police cruiser, activated his emergency lights and pulled over SOI-2's vehicle. SOI-2 was then approached by members of the Vermont State Police Drug Task Force, who informed SOI-2 that they were aware that she/he was bringing narcotics to Vermont from Hartford. SOI-2 told investigators that the drugs were in the trunk and offered to retrieve them. SOI-2 provided consent to search the vehicle. Investigators located and seized approximately 102 grams of suspected crack cocaine from the trunk of the vehicle.  SOI-2 subsequently confirmed that she/he met with Colon and Colon handed her/him the drugs, which the SOI-2 placed into the trunk where it was recovered by the Vermont State Police.

20.     SOI-2 provided investigators with additional information regarding the drug trafficking activities of Colon, Barbosa and other members of the DTO. SOI-2 stated that she/he has been making trips between Hartford, CT and Brattleboro, VT on behalf of Barbosa for approximately two and a half years. SOI-2 would regularly communicate with Barbosa, Cruz, Colon and other members of the DTO via phone calls and text messages to be told where to pick up items and where to deliver them. SOI-2 stated that she/he first met Colon at the end of 2022 or beginning of 2023.  Around this same time, SOI-2 stated that Cruz and Barbosa sent her/him to the **Target Premises #1** and/or other locations nearby the **Target Premises #1**, including Julius Street.  SOI-2 would open the trunk to their vehicle and Colon would place the drugs into the trunk.

21.     SOI-2 also stated that they drove Cruz and Barbosa between Hartford, CT and Brattleboro, VT.  SOI-1 stated that she/he believed Cruz and Barbosa were staying with Colon at

the **Target Premises #1** because they started to ask SOI-2 to bring them there instead of an apartment on Wethersfield Avenue in Hartford, CT.  SOI-2 stated that Cruz and Barbosa both referred to Colon as Cruz's mother.

**Motor Vehicle Stop after Picking up Drugs**
**from Target Premises #1 on August 23, 2023**

22.      On August 23, 2023, at approximately 10:08 p.m., Troopers with the Massachusetts State Police attempted to pull over a maroon Nissan Rogue bearing Vermont registration GCT614 on Interstate 91, however the driver did not stop and engaged police in a pursuit.  During the pursuit, Troopers observed there to be passengers in the Nissan Rogue who began throwing bundles of wax folds out of the passenger's side window.  Subsequently, Troopers stopped traffic in order to collect the items thrown out of the vehicle.  Investigators seized approximately 1450 wax folds containing a pink powder of suspected fentanyl and approximately 43 grams of a white chunk rock-like substance of suspected crack cocaine. At the same time, a Sergeant with the Bernardston Police Department located the Nissan Rogue and utilized a tire deflation device on the vehicle.  Investigators found the vehicle abandoned, with the engine still running, and the driver's door left open. Investigators ultimately located and detained three individuals in vicinity of the vehicle: Lee Griffin, Angel Cruz and Shawn Daley. Cruz was not arrested due to being a minor at the time of the crime.  Griffin and Daley were arrested on state of Massachusetts charges in relation to the incident.

23.      During the month of August 2023, investigators met with a Source of Information (SOI-3) who provided information regarding the pursuit of Griffin, Cruz and Daley. SOI-3 stated that on August 23, 2023, Griffin, Cruz and Daley drove down from Vermont to Barker Street, Hartford, CT in the maroon Nissan Rogue.  SOI-3 confirmed they traveled to **Target Premises**

**#1**. SOI-3 stated that the maroon Nissan Rogue initially pulled straight into the driveway for **Target Premises #1**. Shortly after, they were yelled at and subsequently pulled out of the driveway and backed into the same driveway. SOI-3 stated that Cruz and Daley went into the rear entrance for the **Target Premises #1**, while Griffin remained in the maroon Nissan Rogue. Cruz and Daley remained inside **Target Premises #1** for approximately 30 minutes before they returned to the vehicle with a gym bag. SOI-3 then stated that Cruz was the driver as the maroon Nissan Rogue drove away from **Target Premises #1**. SOI-3 stated that they started driving back to Vermont and that is when they got into the pursuit with Massachusetts State Police and started to throw the drugs from the gym bag out of the window of the vehicle.

24.     After receiving this information from SOI-3, investigators reviewed the ATF pole camera footage that focuses on the vicinity of **Target Premises #1** and observed the following. On August 23, 2023, at approximately 7:49 p.m., a dark gray Infiniti sedan pulled into the driveway for the **Target Premises #1** and parked along the side of the house. At approximately 7:55 p.m., a maroon Nissan SUV, with no front license plate, pulled straight into the driveway for **Target Premises #1** and parked out of sight in the driveway. At approximately 8:11 p.m., the maroon Nissan SUV backed out of the driveway into the street, and then backed into the same driveway for **Target Premises #1**. At approximately 8:39 p.m., the dark gray Infiniti sedan backed out of the driveway and drove away from **Target Premises #1**. Shortly after, the maroon Nissan SUV drove out of the driveway and away from **Target Premises #1.** All of this information independently corroborates the information SOI-3 provided regarding Griffin, Cruz and Daley traveling to **Target Premises #1** in the maroon Nissan Rogue. Based on my training and experience, I believe that Griffin, Cruz and Daley traveled to the **Target Premises #1** in

order to pick up fentanyl and crack cocaine from Colon in order to transport it to Vermont to sell to other members of the DTO.

25.     During August of 2023, SOI-3 provided investigators with additional information regarding **Target Premises #1**, Cruz, Barbosa, Colon and other members of the DTO. SOI-3 stated that she/he has been to **Target Premises #1** approximately five times in the previous eight months. SOI-3 identified Colon as the person who stayed at **Target Premises #1** and would come out to meet Cruz and Barbosa. Cruz would refer to Colon as "Ma". Investigators know Colon to be Cruz's mother. SOI-3 stated that she/he believed Colon to be staying at **Target Premises #1**.

### Information from SOI-4 regarding Target Premises #1

26.     During the month of September 2023, investigators received information from SOI-4 regarding Colon and Cruz utilizing **Target Premises #1** in furtherance of their illegal activities. SOI-4 stated that Cruz, Barbosa and other members of GMS are involved with traveling from Hartford, CT to Brattleboro, VT to sell drugs and bringing guns and bullets from Brattleboro, VT to Hartford, CT.  SOI-4 stated that Cruz and Jayden Rios direct individuals to travel to Brattleboro, VT to purchase guns from drug dependent individuals and have them wait approximately 6 months before reporting the guns stolen. SOI-4 stated that Cruz then utilizes **Target Premises #1** to store guns used by Cruz and other members of GMS. SOI-4 stated that Cruz, Genesis Martinez and additional members of GMS are responsible for multiple shootings and homicides in Hartford, CT.  Investigators were able to independently corroborate certain details provided by SOI-4 regarding their involvement in the shootings.

27.     SOI-4 explained that Cruz and Barbosa were the two main leaders of the drug trafficking organization (DTO) and were in charge of overseeing the operation. SOI-4 stated that

members of GMS would travel to Vermont with drugs supplied by Cruz and Colon and would come back to Hartford, CT with approximately $50,000-60,000 in drug proceeds. Cruz would pay the members around $15,000 to transport it. SOI-4 stated that he/she observed Cruz return from being in Brattleboro, VT after being there for a long period of time. SOI-4 observed Cruz travel to **Target Premises #1** with $100,000 in drug proceeds and placed the money inside the residence. SOI-4 stated that Cruz and Barbosa are believed to store between $500,000 and $1,000,000 in drug proceeds at **Target Premises #1**. SOI-4 stated that Cruz utilizes the **Target Premises #1** because Cruz trusts that the house is safe because Cruz's mother, Gina Colon, lives at the house.

28.     SOI-4 stated that they also know Cruz to spend the night at **Target Premises #1** when Cruz is not Brattleboro, VT. SOI-4 also stated that in addition illegal guns and US currency of suspected drug proceeds, Cruz also stores drugs at **Target Premises #1.** SOI-4 stated that Cruz, Barbosa and other members of GMS are being supplied by Cruz's family, specifically by Colon. SOI-4 stated that Colon stores the drugs at **Target Premises #1.**

### Surveillance of Target Premises #1 in September 2023

29.     Investigators continued to monitor the ATF pole camera in the vicinity of **Target Premises #1** throughout September of 2023.  Investigators have observed numerous vehicles associated with Colon coming to and from the residence.  Specifically, investigators have observed a silver Acura sedan and a gold Infiniti remaining at **Target Premises #1** overnight. Colon has been observed operating both of these vehicles.  On another occasion, on September 22, 2023, at approximately 1:15 p.m., while conducting surveillance for an unrelated investigation, investigators observed the gold Infiniti park on Julius Street, near New Britain Avenue. SOI-2 previously stated that Colon and other members of her DTO utilize this section of

Julius Street to conduct drug transactions.  Investigators identified the driver of the vehicle to be Javon Loney.  Loney has previously been observed on surveillance with Colon.  Loney was seen on pole camera driving the vehicle back to 125 Barker Street.

30.     On this same date, at approximately 1:44 p.m., investigators observed a white Mercedes sedan pull into the driveway for the **Target Premises #1**.  Approximately 2 minutes later, the white Mercedes pulled out of the driveway and drove away.  Based on my training and experience, as well as previously seeing the white Mercedes operate in a similar manner, I believe this behavior was consistent with a drug transactions. I know drug purchasers to often travel to a location and remain there for a short period of time before leaving.

**Trash Pull from Target Premises #1 on October 2, 2023**

31.     On September 28, 2023, investigators conducted an online search regarding the trash schedule for Hartford, CT, specifically at the **Target Premises #1.**  Investigators identified that trash collection for 125 Barker Street is on Mondays. On October 2, 2023, investigators observed there to be three trash cans and one recycling can on the sidewalk in front of **Target Premises #1**. All three trash cans were labeled "125" in white writing on the sides of each trash can.  Investigators also observed the rest of the street to have their trash cans on the curb as well. At approximately 5:05 a.m., investigators removed the trash bags from the three trash bins labeled "125" on the sidewalk in front of **Target Premises #1**, placed them into their vehicle and brought them to a different location to conduct a search of the trash.  During the search of the trash, investigators located multiple wax folds, with one of the wax folds containing a stamp "20," with the rest of the wax folds having no stamps and/or markings.  Five of the white wax folds, with no stamps, were stapled together with a pink residue.  Investigators previously seized white wax folds, with no stamps, containing a pink powder of suspected fentanyl from the motor

15

vehicle stop of Cruz, Griffin and Daley that SOI-3 spoke about.  The wax folds with pink residue matched the ones SOI-3 explained came from **Target Premises #1** on August 23, 2023. During the search of the trash, investigators also located a black "GardaPack" vacuum sealed bag, containing a green residue which appeared to be marijuana.

32.      During the month of September 2023, investigators received updated toll records on Colon's cellphone (860-328-2816).  During the month of September, Colon was in contact with 860-803-4763 approximately 12 times. As previously stated, 860-803-4763 is utilized by "AREA SEVEN XI L.L.C.," which is the landlord for **Target Premises #1**.  Based on the facts that Colon is still communicating with "AREA SEVEN XI L.L.C.," surveillance has observed vehicles associated with Colon and Loney at **Target Premises #1** and that Colon is still associated with **Target Premises #1** on law enforcement databases, I believe that Colon and other members of the organization are still actively utilizing **Target Premises #1**.

33.      Based on the evidence developed during this investigation, DEA HRO and ATF Hartford investigators believe that Cruz and Colon are keeping quantities of narcotics at a stash location maintained by Colon at 125 Barker Street, Hartford, CT (**Target Premises #1)**. Investigators also believe that Colon is also storing narcotics proceeds and firearms for members of the DTO at **Target Premises #1**.

34.      As discussed herein, **Target Premises #**1 is the residential home of Colon. Based on this investigation, myself and other investigators believe that evidence of the narcotics trafficking activities of Colon will be found at **Target Premises #1**, including narcotics proceeds, phones (specifically, **Target Telephone 1**) used by Colon to conduct and arrange her narcotics trafficking activities, and other evidence. There is probable cause to believe that **Target Premises #1** will contain evidence of his narcotics trafficking activities, including,

16

among other evidence, the following: narcotics proceeds; drug ledgers; cellular telephones (i.e.,

**Target Telephones 1**); records of cell phone services; proceeds of drug sales; records of drug

transactions or debts; evidence of unexplained wealth; items used to process or package

narcotics; records of travel; records of car ownership, rentals and/or use; names or contact

information of narcotics trafficking associates; photographs of narcotics trafficking associates;

addresses or telephone numbers of narcotics trafficking associates; firearms; weapons;

ammunition; safes; and documentary evidence of the use and/or ownership of residences,

vehicles, businesses, storage containers or other assets/properties.

**Additional evidence regarding Target Premises #1**

35.    As discussed above, 125 Barker Street, Apartment 2, Hartford, CT (**Target**

**Premises #1**) is a duplex residence that is blue in color, located on the south side of Barker

Street. A photograph of 125 Barker Street, Hartford, CT is set forth in Attachment A to the

search warrant. The target residence is labeled with the numerals "125" which are affixed to a

column on the front porch. The rear entry door to "Apartment 2" is the western most door on the

rear of the building. Specifically, the entry door to 125 Barker Street, Apartment 1, Hartford, CT

is the door labeled with the red arrow in the photograph in Attachment A.

36.    On or about September 11, 2023, investigators obtained public information

regarding 125 Barker Street, Hartford, CT. This information revealed that the residential

structure is a multi-family home with two residential units.  It further elaborated that the two

units were separated by different floors. Surveillance has observed Colon and her associates back

in the rear of the house. A photograph of the rear of the residence revealed that there is one

entrance on the west which leads up a staircase to the second floor and one entrance on the east

which leads into the first floor.  The staircase to the second floor is the door on the west and the

door that is labeled with the red arrow in Attachment A.  Based on this information, I believe that **Target Premises #1** (i.e. 125 Barker Street, Apartment 2, Hartford, CT) encompasses the second floor of 125 Barker Street, which is accessed by the western most door at the rear of the building, that is, the door labeled with the red arrow in Attachment A.

37.     On October 5, 2023, DEA HRO executed a federal search warrant at 125 Barker Street, Apartment 1 (1st Floor). Upon securing the location, your affiant spoke with one of the residents of the location. This individual stated that Gina Colon lived on the second floor of 125 Barker Street, with access through the second door in the rear.  Investigators spoke with a second individual who resides in the first-floor apartment who stated that he/she grew up close with Colon's grandmother and therefore has become close with Colon through her grandmother. After receiving this information, investigators knocked on the second floor.  After a few minutes of knocking, Gina Colon answered the door and spoke with investigators.  Colon requested officers to remain outside while she closed the doors to the bedrooms inside. Colon stated that she lived on the second floor alone.  Investigators observed a pair of men shoes and asked about them.  Colon then stated they belong to her son, Angel Cruz, who stays with her sometimes but isn't there currently and has some items located inside the house.  Colon would not provide investigators with consent to search the house or look in any of the rooms.

38.     While investigators spoke with residence of the first floor, investigators observed Colon exit the second floor and walk into the first-floor residence. Colon spoke with the residences, referring to them in Spanish as "Aunt" and "Uncle". Colon received a cup of coffee from her "Aunt" and stated she often receives coffee from them.  Investigators observed Colon enter and exit the first-floor apartment multiple times, without knocking.

39.     Investigators previously had Colon connected to the first floor due to open source

18

information linking Colon to 125 Barker Street, Apartment 1. However, investigators observed Colon to be staying on the second floor and Colon's name is now on the mailbox for Floor 2. Investigators observed Colon to be freely moving between the first and second floors.

40.     DEA HRO investigators believe that **Target Premises #1** is a narcotics stash location used by Colon and other members of her DTO. As discussed above, SOI-1 indicated that Jason Keyes retrieves fentanyl from a stash location on Barker Street and described the area where the residence is located, which is consistent with where **Target Premises #1** is located. SOI-2 indicated that she/he has picked up narcotics from Colon at **Target Premises #1** on numerous occasions, as well as on nearby streets surrounding the residence. SOI-2 also has transported other members of the DTO, such as Barbosa and Cruz, to and from **Target Premises #1**. SOI-3 indicated that Griffin, Cruz and Daley traveled to **Target Premises #1** and obtained a gym bag containing fentanyl and crack cocaine from inside the residence. Investigators seized the fentanyl and crack cocaine and independently corroborated SOI-3's information about Griffin, Cruz and Daley's vehicle arriving and repositioning in the driveway of **Target Premises #1**. SOI-4 indicated that Cruz stores narcotics, narcotics proceeds and firearms inside **Target Premises #1**.

## General Information Regarding Drug Trafficking

41.     During my tenure as a law enforcement officer, I have investigated and participated in operations which involved, in part, drug trafficking violations, the flow of the illegal proceeds obtained from drug trafficking, and related offenses such as violations of firearms laws. Search warrants relating to these investigations have covered vehicles, businesses and residences of drug traffickers and their co-conspirators. In addition, these search warrants

have also covered "stash houses" used as storage and distribution points for controlled substances and US currency used by drug dealers for their unlawful drug trafficking activities.

42.     Materials searched for and recovered in these locations have included various controlled substances; drug paraphernalia; books and records reflecting drug sales, the transfer or transportation of drugs and amounts of monies owed for drugs, records reflecting the names, addresses, and telephone numbers of co-conspirators, sales receipts and other records reflecting the expenditure of monies that are proceeds from unlawful drug distribution; currency and money wrappers; records of bank transactions made to conceal and launder drug trafficking proceeds; cellular telephones, paging devices, computers and computer disks, answering machines; and various valuable assets such as real property and automobiles that were purchased with the proceeds of unlawful drug trafficking. These items obtained during the executions of said search warrants, has constituted evidence of drug violations, the acquisitions of assets with drug trafficking proceeds, and the use of the assets to facilitate drug trafficking violations.

43.     Based on my training, experience, and participation in this and other narcotics investigations, I know that:

a)   that narcotics traffickers must maintain on hand U.S. currency in order to maintain and finance their on-going narcotics business;

b)   that narcotics traffickers maintain books, records, receipts, notes, ledgers, money orders and other papers relating to the transportation, receipts, sale and distribution of controlled substances. That the aforementioned books, records, receipts, notes, ledgers, etc., are maintained where traffickers have ready access to them -- frequently at their residences and stash houses, including in the garages at those locations;

c)   that persons involved in narcotics trafficking conceal in their residences

and stash houses, including garages, caches of drugs, scales, drug packaging materials, cutting agents and diluents, large amounts of currency, financial instruments, precious metals, jewelry and other items of value and/or proceeds of drug transactions; and the evidence of financial transactions relating to obtaining, transferring, secreting or spending of sums of money made from narcotics trafficking activities;

d)   that it is common for narcotic traffickers to hide contraband, proceeds of drug sales and records of drug transactions in secure locations within their residences and stash houses, including attached and detached garages, for ready access and for concealment of these items from law enforcement authorities;

e)   that narcotic traffickers commonly maintain addresses or telephone numbers in books, papers, cellular telephones or electronic organizers which reflect names, addresses and/or telephone numbers of their clients and associates in the drug trafficking organization. Traffickers also maintain photographs and videotapes of participants and associates in narcotic trafficking activity, and property acquired as a consequence of narcotics trafficking activities; and

f)   that narcotic traffickers commonly have in their possession, or at their residences, including in garages at those residences, firearms or other weapons that are used to protect and secure a drug trafficker's property.

g)   Based on the aforementioned information, I believe there is probable cause to believe that fruits, instrumentalities and/or evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 846 (possession with intent to distribute controlled substances and conspiracy to distribute controlled substances), will be located at **Target Premises #1** including records and notations reflecting the receipt, distribution and sale of controlled substances, such

as receipts, ledgers, notebooks records of customers, customers' telephone numbers and addresses, and sources of supply, documents bearing the names of the purported addressee and/or the residents such as passports, visas, credit receipts for interstate and/or foreign travel, paraphernalia used to weigh, and package narcotics for distribution such as scales and plastic bags, and other items more specifically set forth in Attachment B to the search and seizure warrant. Accordingly, I request that search warrants be issued for **Target Premises #1**.

<u>**CONCLUSION**</u>

44.     Because this is an application that pertains to an ongoing criminal investigation, and because disclosure of the information contained herein, as well as disclosure of the warrants requested herein, may compromise the investigation and increase the risk of harm for the law enforcement officers responsible for conducting the searches, I request that the warrants, applications and this affidavit be ordered sealed by the Court, until further order of the Court.

Respectfully,

RYAN
BOYLE
Digitally signed by RYAN
BOYLE
Date: 2023.10.05
08:16:50 -04'00'

Ryan Boyle
Special Agent, DEA

The truth of the foregoing affidavit has been attested to me by DEA Special Agent Ryan Boyle over the telephone on October ___5___, 2023.

Robert A.
Richardson
Digitally signed by Robert A.
Richardson
Date: 2023.10.05 10:04:35 -04'00'

HON. ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**
**(Target Premises #1)**

**125 Barker Street, Apartment 2, Hartford, CT** (**Target Premises #1**) is the residence

of Gina COLON.  125 Barker Street is a duplex home, that is blue in color, located on the south

side of Barker Street in Hartford, CT. 125 Barker Street is a duplex with "Apartment 1" being

the first-floor unit and "Apartment 2" being the second-floor unit. A photograph of the rear of

125 Barker Street, Hartford, CT is set forth below.  The target residence is labeled with the

numerals "125" which are affixed next to the door on the front porch.  Public information

revealed there to be two units at 125 Barker Street, with them being separated by the first and

second floor.



**ATTACHMENT B**
**(Items to be Seized)**

a.      United States currency, money orders and other financial instruments;

b.      books, records, receipts, notes, ledgers, and other papers and documentation relating to the transportation, receipt, sale and distribution of controlled substances;

c.      proceeds of drug sales and records of drug transactions; precious metals, jewelry and other items of value that may constitute proceeds of drug transactions; the evidence of financial transactions relating to obtaining, transferring, secreting or spending of sums of money made from engaging in narcotics trafficking activities;

d.      contraband, quantities of narcotics, scales, cutting agents and diluents and drug packaging materials;

e.      addresses or telephone numbers in books, papers, cellular telephones or electronic organizers, and their electronically stored contents, which reflect names, addresses, telephone numbers of and text messages to or from their associates and/or clients in narcotic trafficking activity; photographs and videotapes of participants and associates in narcotic trafficking activity and property acquired as a consequence of narcotics trafficking activities;

f.      firearms, ammunition and other weapons;

g.      safes and other secure storage containers and their contents;

h.      identification documents and keys evidencing a possessory interest in Premises, vehicles and storage containers.